# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IMPLICIT, LLC, | § |
| | § |
| Plaintiff, | §  CIVIL ACTION NO. 6:17-CV-00183-JRG |
| | § |
| v. | § |
| | § |
| TREND MICRO, INC., | § |
| | § |
| Defendant. | § |

## ORDER DISMISSING CASE

Before the Court is the Parties' Joint Motion to Dismiss. (6:17-cv-00182-JRG, Dkt. No. 74). The Court, having considered the same, is of the opinion the motion should be **GRANTED**.

It is therefore **ORDERED** that all of Implicit, LLC's claims asserted in this suit (C.A. No. 6:17-cv-00183-JRG) are hereby **DISMISSED WITH PREJUDICE** and all of Trend Micro, Inc.'s claims in this suit are hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all attorney fees, costs, and expenses are to be borne by the party that incurred them.

All pending requests for relief not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is **DIRECTED TO CLOSE** the above-mentioned case.

**So ORDERED and SIGNED this 3rd day of January, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE